# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO MANTURANO COCHACHI, | Case No. 1:26-cv-03174-KES-SAB-HC |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| TODD M. LYONS, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 27, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On April 28, 2026, the assigned district judge granted a preliminary injunction, ordered Respondents to provide Petitioner with a bond hearing, and referred the matter "to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action." (ECF No. 9.)

///

///

///

///

1

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** of the date of service of this order, Petitioner may file a reply to Respondents' response.[1]

IT IS SO ORDERED.

Dated:   **April 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On April 28, 2026, Respondents filed a "RESPONSE TO ORDER TO SHOW CAUSE." (ECF No. 7.) Therein, Respondents state that they "do not intend to file any additional affirmative briefing." (Id. at 1.)